# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 28, 2024

Mr. Matthew Brill
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004

      Re: Case No. 24-3450, *Ohio Cable Telecommunications Association v. FCC, et al*
         Originating Case No. FCC 24-52

Dear Counsel,

 This case has been docketed as number **24-3450** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

 The following case opening items should be docketed with the Clerk's office by **June 11, 2024**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

     Petitioner: Appearance of Counsel
           Disclosure of Corporate Affiliations
           Application for Admission to 6th Circuit Bar (if applicable)

     Respondent: Appearance of Counsel

 These deadlines are important - if the initial case opening items are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Robin L Baker  
                                              Case Manager  
                                              Direct Dial No. 513-564-7014

cc:  Mr. Robert B. Nicholson  
      Mr. Adam Sorensen

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-3450

OHIO CABLE TELECOMMUNICATIONS ASSOCIATION

    Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

    Respondents