

Federal Communications Commission
Washington, D.C. 20554

June 4, 2024

**BY ELECTRONIC FILING**

Kelly L. Stephens, Clerk of Court
Office of the Clerk
United States Court of Appeals
 for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

RE: *Ohio Cable Telecommunications Ass'n. v. FCC & USA*, No. 24-3450

Dear Ms. Stephens:

In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission ("Commission") hereby notifies the Court that on June 4, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

/s/ Scott M. Noveck

Scott M. Noveck
Counsel

cc: Counsel of Record (via CM/ECF)