# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
IN THE MATTER OF SAFEGUARDING AND SECURING
THE OPEN INTERNET, DECLARATORY RULING, ORDER,
REPORT AND ORDER, AND ORDER ON RECONSIDERATION,
FCC 24-52, 89 FED. REG. 45404, PUBLISHED ON MAY 22, 2024      MCP No. 185

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The Federal Communications Commission issued an order published in the Federal Register on May 22, 2024. On June 4, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in the following seven courts of appeal: First Circuit, Fifth Circuit, Sixth Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, and District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the Sixth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Sixth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Timothy Fitzgerald, Case Administrator
Random Selector

Ajonee Miller, Case Administrator
Witness

**IN RE: FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED. REG. 45404, PUBLISHED ON MAY 22, 2024**

MCP No. 185

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
| --- | --- |
| First Circuit, No. 24-1529 | National Consumer Law Center v. FCC, et al. |
| Fifth Circuit, No. 24-60263 | Texas Cable Association, et al. v. FCC, et al. |
| Sixth Circuit, No. 24-3449 | Ohio Telecom Association, et al. v. FCC, et al. |
| Sixth Circuit, No. 24-3450 | Ohio Cable Telecommunications Association v. FCC, et al. |
| Eighth Circuit, No. 24-2092 | MCTA – The Missouri Internet & Television Association v. FCC, et al. |
| Ninth Circuit, No. 24-3442 | Media Alliance v. Federal Communications Commission, et al. |
| Eleventh Circuit, No. 24-11701 | Florida Internet & Television Association v. FCC, et al. |
| DC Circuit, No. 24-1162 | Benton Institute for Broadband & Society v. FCC, et al. |